

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

| | |
|---|---|
| 301 West Commerce Street, # 13<br>Aberdeen, MS   39730<br><br>Telephone:   (662) 369-4952<br>Facsimile: (662) 369-9569 | 911 Jackson Avenue, Suite 369<br>Oxford, MS   38655<br>Telephone: (662) 234-1971<br>Facsimile: (662) 236-5210<br><br>305 Main Street, Suite 329<br>Post Office Box 190<br>Greenville, MS   38701 |

April 4, 2016


Paul Kevin Curtis

v.                                                                                          Case No. 1:16cv9-SA-DAS

The United States of America, et al


     **PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

                        The United States of America
                        John Marshall Alexander


                                      DAVID CREWS, CLERK

                     By:      s/ Jennifer L. Malone
                               Deputy Clerk/Case Manager