IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PAUL KEVIN CURTIS                                                                                       PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:16-CV-9-SA-DAS

THE UNITED STATES OF AMERICA, and
JOHN MARSHALL ALEXANDER                                                                  DEFENDANTS

ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

The court takes up, *sua sponte*, the dismissal of this case. The Clerk of Court served the Plaintiff with three notices of incomplete process as to the defendants. The Plaintiff has not responded. The Court cannot process this case in an expeditious manner. As such, this case is hereby DISMISSED without prejudice for failure to prosecute and for failure to comply with an order of the court under Federal Rule of Civil Procedure 41(b).

**SO ORDERED, this the 11th day of May, 2016.**

/s/   Sharion Aycock
**UNITED STATES DISTRICT JUDGE**